David W. Fassett (DWF 1636)
ARSENEAULT WHIPPLE FARMER FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Plaintiff Felix Garcia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FELIX GARCIA, | Civil Action No. 04-650 (SDW) (MF) |
| Plaintiff, | |
| v. | |
| COUNTY OF PASSAIC, *et al.*, | **ORDER** |
| Defendants | |

THIS MATTER having come before the Court on the application of all parties to extend the period the time within which the parties may consummate the settlement, move to enforce the settlement, or move to reopen the case for good cause for an additional 21 days through and including October 16, 2007; and it appearing that the parties require, and have jointly requested, the additional 21 days to consummate the settlement; and for good cause shown;

IT IS on this 25th day of September 2007,

ORDERED that the foregoing application be, and hereby is, GRANTED; and it is further

ORDERED that the parties have until October 16, 2007 to consummate the settlement, to move to enforce the settlement, or to move to reopen the case for good cause.

_____
Honorable Susan D. Wigenton, U.S.D.J.